IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No: 00-CV-02358-OES-MJW**

**COLIN CHAPMAN**,

Plaintiff(s),

v.

**ASHEL DENMAN, et al.,**

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Order Continuing Administrative Closure, signed by the Court on July 27, 2005, is VACATED.

     It is FURTHER ORDERED that the Plaintiff's Motion to Strike, filed with the Court on July 28, 2005, is GRANTED. The Joint Motion to Continue Administrative Closure, filed with the Court on July 27, 2005, shall be stricken from this case.

Date: August 1, 2005